**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

NEAL EVAN TUCKER,

               Plaintiff,

vs.                                                  Case No.  3:06-cv-230-J-33MMH

NICHOLAS L. SCHRUPP and/or
PARSONS BRINCKERHOFF
WORLDWIDE,

               Defendants.
_____/

**REPORT AND RECOMMENDATION**[1]

This cause is before the Court on the Order to Show Cause (Dkt. No. 9; Order to Show Cause) entered on August 30, 2006.  Upon review of the file, the undersigned recommends that this case be dismissed for failure to prosecute.

On June 16, 2006, the Court took Plaintiff's Affidavit of Indigency (Dkt. No. 2; Affidavit of Indigency), which was construed as a motion for leave to proceed in forma pauperis, under advisement in order to allow Plaintiff an opportunity to file an amended complaint. See Order (Dkt. No. 5).  Plaintiff was directed to file the amended complaint by July 5, 2006. See id.  Further, Plaintiff was cautioned that failure to file the amended complaint "may result in a recommendation that this action be dismissed for failure to prosecute pursuant to Local Rule 3.10(a)." Id.

---

[1] Specific, written objections may be filed in accordance with 28 U.S.C. § 636 and Rule 6.02, Local Rules, United States District Court, Middle District of Florida, within ten (10) days after service of this document.  Failure to file timely objections shall bar the party from a de novo determination by a district judge and from attacking factual findings on appeal.

When Plaintiff failed to comply with this deadline, the Court issued an Order to Show Cause on July 13, 2006, instructing Plaintiff to show cause no later than July 24, 2006, "why this case should not be dismissed for failure to comply with the Court's Order and failure to prosecute." Order to Show Cause (Dkt. No. 6). The Court informed Plaintiff that failure to respond to the Order to Show Cause would result in a recommendation that this action be dismissed pursuant to Local Rule 3.10(a). See id. As a result of this Order to Show Cause, Plaintiff filed his Response to Order to Show Cause (Dkt. No. 7) on July 24, 2006. The Court then discharged the Order to Show Cause but directed Plaintiff to file a single, consolidated amended complaint by August 22, 2006. See Order (Dkt. No. 8). Plaintiff was again cautioned that a failure to comply with this Order "may result in a recommendation that this action be dismissed." Id.

When Plaintiff failed to comply with this Order, the Court entered another Order to Show Cause on August 30, 2006, directing Plaintiff to show cause no later than September 19, 2006, why his case should not be dismissed for failure to comply with the Court's August 2, 2006 Order and failure to prosecute. See Order to Show Cause (Dkt. No. 9). As of this date, Plaintiff still has not complied with the Court's Order (Dkt. No. 8) or responded to the Order to Show Cause (Dkt. No. 9).

## **RECOMMENDATION**

Accordingly, it is recommended that this action be **DISMISSED** without prejudice pursuant to Local Rule 3.10(a), United States District Court, Middle District of Florida, for want of prosecution.

**ENTERED** at Jacksonville, Florida, on September 26, 2006.

*/s/ Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States Magistrate Judge

ja

Copies to:

The Honorable Virginia M. Hernandez Covington
United States District Judge

Counsel of Record
Pro Se Parties