UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NEAL EVAN TUCKER,

        Plaintiff,

vs.                              Case No. 3:06-CV-230-J-33MMH

NICHOLAS L. SCHRUPP and/or
PARSONS BRINCKERHOFF WORLDWIDE,

        Defendants.
_____

**ORDER**

This matter comes before the Court on United States Magistrate Judge Marcia Morales Howard's Report and Recommendation (Doc. #10), entered on September 26, 2006, recommending that this action be dismissed without prejudice for want of prosecution. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See

Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1.  The Report and Recommendation (Doc. #10) is hereby **ACCEPTED** and **ADOPTED.**

2.  This action is dismissed without prejudice for want of prosecution.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this 17th day of October, 2006.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Parties of Record